LUTZ V TERRITO, No. 152983; Court of Appeals No. 328960. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. The motion for stay of a portion of the trial court's order compelling discovery is granted. The trial court's July 9, 2015 order granting discovery of the stroke care data is stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

*Leave to Appeal Denied January 27, 2016:*

PEOPLE V SIMPKINS, No. 150527; Court of Appeals No. 323485.

*In re* KEYES, No. 151657; reported below: 310 Mich App 266.

JRV HOLDINGS, LLC V CORVEN, No. 151698; Court of Appeals No. 323835.

VIVIANO, J., did not participate due to a familial relationship with the presiding district court judge in this case.

HAYES TWP V FOWLER, No. 151830; Court of Appeals No. 320530.

PEOPLE V EDDIE WRIGHT, No. 151938; Court of Appeals No. 320619.

PEOPLE V CALVIN AUSTIN, No. 152104; Court of Appeals No. 326999.

PEOPLE V GRIFFEN, No. 152292; Court of Appeals No. 321317.

PEOPLE V TRINH, No. 152363; Court of Appeals No. 326718.

*Summary Disposition January 29, 2016:*

LECH V HUNTMORE ESTATES CONDOMINIUM ASSOCIATION, No. 151943; reported below: 310 Mich App 258. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate Section IV of the Court of Appeals judgment, and we remand this case to the Court of Appeals for reconsideration. On remand, the Court of Appeals shall consider whether its decision that the defendants are not entitled to post-judgment interest under MCL 600.6013 on their sanctions award is consistent with *Ayar v Foodland Distributors,* 472 Mich 713, 717 (2005). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court.